IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,         )<br>                              )     8:10-cr-00331-LSC-TDT<br>        vs.                   )<br>                              )           ORDER<br>MANUEL MANDUJANO,             )<br>                              )<br>            Defendant.        ) | |

This matter is before the court on the defendant's unopposed motion to continue trial (#27) to allow the parties to complete plea negotiations. Defendant has filed an affidavit or declaration regarding speedy trial, in compliance with NECrimR 12.1(a)

**IT IS ORDERED** that the motion to continue trial (#27) is granted, as follows:

1. The jury trial now set for November 16, 2010 is continued to **November 30, 2010.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **November 16, 2010 and November 30, 2010**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED October 26, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**